NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000611
18-APR-2019
10:23 AM**

NO. CAAP-17-0000611

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

OSCAR H. SUZUKI, JR., Plaintiff-Appellant,
v.
CIT BANK, N.A. formerly known as ONEWEST BANK, FSB;
FEDERAL NATIONAL MORTGAGE ASSOCIATION; JULIAN AGCAOILI CAMUNGAO;
JONELL RAMENTO CAMUNGAO; JOCEL MAGBANUA VISITACION; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.,
Defendants-Appellees
and
DOE DEFENDANTS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 16-1-0442(1))

ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice, filed April 16, 2019, by Defendants-Appellees CIT Bank N.A., formerly known as Onewest Bank N.A., formerly known as Onewest Bank, FSB and Federal National Mortgage Association, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal with prejudice is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, April 18, 2019.


Chief Judge


Associate Judge


Associate Judge